IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-cv-00635-D-RN

| | |
|---|---|
| INSURITY LLC, successor in title to VALEN TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>BUILDERS MUTUAL INSURANCE COMPANY,<br><br>Defendant. | **ORDER** |

Before the Court is the parties' Joint Motion for Stay of Proceedings. It appears to the Court that good cause exists for a stay.

It is, therefore, ORDERED that:

1. The motion is GRANTED.

2. These proceedings and all deadlines shall be stayed.

3. Within 60 days of this Order, the parties shall either dismiss this case or file a joint report on the status of settlement, including whether any further stay or extension of case deadlines may be warranted to allow the conclusion of a settlement.

SO ORDERED. This the  6  day of May, 2024.

JAMES C. DEVER III
United States District Judge